PAUL COCCHI, PLAINTIFF-PETITIONER, v. THOMAS GET-
LER, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Joseph R. Moss* and *Mr. Frank W. Thatcher* for the petitioner.

*Messrs. Kavesh & Basile* for the respondent.

April 29, 1969. Denied.

FRANK C. MARMO, PLAINTIFF-RESPONDENT, v. ESSEX
COUNTY VOCATIONAL BOARD OF EDUCATION, *ET AL.*,
DEFENDANTS AND WALTER C. BLASI, ESSEX COUNTY
SUPERVISOR, DEFENDANT-PETITIONER.

*Mr. Irwin I. Kimmelman* for the petitioner.

*Mr. John C. Love* for the respondent.

April 29, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JAMES F. JOHNSON, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Thomas Menchin* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. M. Richard Altman* for the respondent.

April 29, 1969. Denied.